RECEIVED
JAN 04 2017
AT 8:30_____ M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 16-403 (PGS) |
| | : | |
| v. | : | Hon. Peter G. Sheridan |
| | : | |
| ROBERT BRITT, | : | ORDER FOR CONTINUANCE |
| a/k/a "True" | | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Nicholas P. Grippo and J. Brendan Day, Assistant U.S. Attorneys), and defendant Robert Britt, a/k/a "True" (by Alyssa A. Cimino, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date of this Order through _Mar. 31_, 2017 to allow the parties sufficient time to review discovery and prepare for trial, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this Court and that a continuance shall serve a delay a trial in this matter, and the defendant also being aware that he has the right to proceed to trial within 120 days of his arrival in the receiving State (i.e., this District) under the Interstate Agreement on Detainers Act ("IADA"), and the defendant, through counsel, having consented to this continuance and he and/or his counsel having waived such right on his behalf in open court; for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. This case involves voluminous discovery, including intercepted communications derived from court-authorized wiretaps that occurred over the course of several months, and the parties seek additional time to review the discovery and to prepare this matter for trial;

2. Defendant has consented to the aforementioned continuance;

3. The grant of a continuance will likely conserve judicial resources; and

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

5. Pursuant to the IADA, Article IV(c), good cause for this continuance request has been shown and this continuance request of the parties, including its length, is reasonable and necessary.

**WHEREFORE**, it is on this __3__ day of January, 2017,

**ORDERED** that the proceedings scheduled in the above-captioned matter are continued under the Speedy Trial Act and the IADA from the date of this Order through and including _Mar 31_ 2017;

**IT IS FURTHER ORDERED** that the period from the date of this Order through and including _Mar 31_ 2017 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18 United

States Code, Section 3161.

**IT IS FURTHER ORDERED** that the period from the date of this Order through and including Mar 31 2017 shall be excludable in computing the 120 days within which the defendant is entitled to proceed to trial under the IADA.

                                                HONORABLE PETER G. SHERIDAN
                                                UNITED STATES DISTRICT JUDGE

Consented and Agreed By

_____
Alyssa A. Cimino, Esq
Counsel for Defendant

_____
Nicholas P. Grippo
J. Brendan Day
Assistant United States Attorneys